# JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP

ATTORNEYS AT LAW
730 FIFTH STREET
EUREKA, CALIFORNIA 95501
(707) 445-2071
FAX: (707) 445-8305
**DIRECT LINE: (707) 476-2286**
www.janssenlaw.com

W. TIMOTHY NEEDHAM
MICHAEL MORRISON
DENNIS C. REINHOLTSEN
MICHAEL J. CROWLEY
PATRIK GRIEGO
FRANCES K. GREENLEAF
AMELIA F. BURROUGHS
------------
CLAYTON R. JANSSEN (1925-2000)
MICHAEL F. MALLOY (1949-1999)

MARLA G. ZUMWALT
NANCY J. HOLMES McPARTLAND
KAREN O. ELLIS
DENISE A. CRABILL
PARALEGALS
------------
MAILING ADDRESS:
P.O. DRAWER 1288
ZIP CODE: 95502

January 11, 2009

<u>VIA FACSIMILE & E-FILED</u>
Judge Marilyn Hall Patel
NORTHERN DISTRICT COURT OF CALIFORNIA
Courtroom 15, 18th Floor
San Francisco, CA

Re:   FMC Corporation, Inc. v. Evergreen Pulp, Inc.
      CV-09-3618-MHP

Dear Honorable Patel:

I am writing to request permission to appear telephonically in the above-matter, set for Case Management Conference and our clients' Motion to Withdraw, on **Monday, January 25, 2010, at 2:00 p.m.**

Respectfully submitted,

/s/

FRANCES K. GREENLEAF, ESQ.

:lam
cc: Michael Simmonds, Esq. (Counsel for Plaintiff)
    Allison G. Jackson, Esq. (Counsel for Defendant Freshwater Pulp Co., LLC.)

