| | |
|---|---|
| 1 | W. Timothy Needham (CSB #96542) |
| | Amelia F. Burroughs (CSB #221490) |
| 2 | **JANSSEN, MALLOY, NEEDHAM, MORRISON,** |
| | **REINHOLTSEN, CROWLEY & GRIEGO, LLP** |
| 3 | 730 Fifth Street |
| | P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 |
| | Telephone: (707) 445-2071 |
| 5 | Facsimile: (707) 445-8305 |
| 6 | Attorneys for Defendants |
| | USLM ACQUISITION, INC. AND HKLM ACQUISITION, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FMC CORPORATION, INC., a Washington corporation, | Case No. CV-09-3618-MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL PURSUANT TO CIVIL LOCAL RULE 11-5** |
| vs. | |
| EVERGREEN PULP, INC.; USLM ACQUISITION, INC.; HKLM ACQUISITION, INC.; and FRESHWATER PULP CO., LLC, f/k/a SAMOA ACQUISITION CORPORATION, | |
| Defendants. | |
| _____/ | |

The law firm of Janssen, Malloy, Needham, Morrison, Reinholtsen, Crowley & Griego, LLP, has moved this Court for an order withdrawing as counsel of record in this case pursuant to Civil Local Rule 11-5. After full consideration, and good cause appearing,

IT IS ORDERED that the motion is granted. Amelia F. Burroughs, W. Timothy Needham, and the law firm of Janssen, Malloy, Needham, Morrison, Reinholtsen, Crowley & Griego, LLP, are withdrawn as counsel of record for defendants USLM

//

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL        **CASE NO. CV- 09-3618-MHP**

Acquisition, Inc. and HKLM Acquisition, Inc.

Dated: __2/8/2010_____

_____
United States Judge Marilyn H. Patel

*IT IS SO ORDERED*