1  W. Timothy Needham (CSB #96542)
   Amelia F. Burroughs (CSB #221490)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,**
   **REINHOLTSEN, CROWLEY & GRIEGO, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile:  (707) 445-8305

6  Attorneys for Defendants
   USLM ACQUISITION, INC. AND HKLM ACQUISITION, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 FMC CORPORATION, INC., a              Case No. CV-09-3618-MHP
   Washington corporation,
12                                       **[PROPOSED] ORDER GRANTING**
              Plaintiff,                 **MOTION TO WITHDRAW AS**
13                                       **COUNSEL PURSUANT TO CIVIL**
       vs.                               **LOCAL RULE 11-5**
14
   EVERGREEN PULP, INC.; USLM
15 ACQUISITION, INC.; HKLM
   ACQUISITION, INC.; and
16 FRESHWATER PULP CO., LLC, f/k/a
   SAMOA ACQUISITION
17 CORPORATION,

18            Defendants.

19 _____/

20

21     The law firm of Janssen, Malloy, Needham, Morrison, Reinholtsen, Crowley &

22 Griego, LLP, has moved this Court for an order withdrawing as counsel of record in this

23 case pursuant to Civil Local Rule 11-5.  After full consideration, and good cause

24 appearing,

25     IT IS ORDERED that the motion is granted.  Amelia F. Burroughs, W. Timothy

26 Needham, and the law firm of Janssen, Malloy, Needham, Morrison, Reinholtsen,

27 Crowley & Griego, LLP, are withdrawn as counsel of record for defendants USLM

28 //

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL     **CASE NO. CV- 09-3618-MHP**

1 | Acquisition, Inc. and HKLM Acquisition, Inc.

2 | Dated: __2/8/2010_____

3 | _____

4 | United States Judge Marilyn H. Patel

*IT IS SO ORDERED* — United States District Court, Northern District of California seal, signed by Judge Marilyn H. Patel.