UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FMC CORPORATION, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> EVERGREEN PULP, INC., et al. <br><br>  Defendants. | CASE NO. CV 09 3618 MHP <br><br> **ORDER TO APPEAR AND SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT USLM ACQUISITION, INC. AND DEFENDANT HKLM ACQUISITION, INC.** <br><br> Date: <br> Time: <br> Courtroom: 15, 18th Floor, San Francisco <br> Honorable Marilyn Hall Patel |

At a hearing in this matter on January 25, 2010, the Court granted the motion to withdraw filed by counsel for defendant USLM Acquisition, Inc. ("USLM") and defendant HKLM Acquisition, Inc. ("HKLM"). As a result, neither USLM nor HKLM is represented. Now, therefore, good cause appearing,

IT IS HEREBY ORDERED that USLM and HKLM shall appear before this Court on  May 10    , 2010, at  3:00    p.m., and show cause why their joint answer, filed on September 15, 2009, should not be stricken and default entered for failure to retain counsel to represent them and failure to comply with applicable rules,

including but not limited to making disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.  Failure to appear as ordered shall result in entry of default.

Dated:  3/31/2010         _____

Honorable Marilyn H. Patel
United States District Judge