|   |   |
|---|---|
| FMC CORPORATION, INC., | CASE NO. CV 09 3618 MHP |
| Plaintiff, | **ORDER TO STRIKE ANSWER FILED BY DEFENDANT USLM ACQUISITION, INC. AND DEFENDANT HKLM ACQUISITION, INC. AND TO ENTER DEFAULT** |
| vs. | |
| EVERGREEN PULP, INC., et al. | |
| Defendants. | Date: May 10, 2010<br>Time: 3:00 p.m.<br>Courtroom: 15, 18th Floor, San Francisco<br>Honorable Marilyn Hall Patel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

On April 1, 2010, the Court entered its Order to Appear and Show Cause Why Default Should Not Be Entered Against Defendant USLM Acquisition, Inc. and Defendant HKLM Acquisition, Inc.  The Court ordered said defendants to appear on May 10, 2010, at 3:00 p.m., and show cause why their joint answer, filed on September 15, 2009, should not be stricken and default entered for failure to retain counsel to represent them and failure to comply with applicable rules, including but not limited to making disclosures pursuant to Rule 26 of the Federal Rules of Civil

1 Procedure.  The Order notified said defendants that failure to appear as ordered shall
2 result in entry of default.
3      The Order to Appear and Show Cause came on regularly for hearing on May
4 10, 2010, at 3:30 p.m.  Michael R. Simmonds, Esq., appeared on behalf of Plaintiff
5 FMC Corporation, Inc.  There was no appearance by either Defendant USLM
6 Acquisition, Inc. or Defendant HKLM Acquisition, Inc.  Accordingly, good cause
7 appearing,
8      IT IS HEREBY ORDERED that the joint answer filed by Defendant USLM
9 Acquisition, Inc. and Defendant HKLM Acquisition, Inc. shall be stricken.
10      IT IS FURTHER ORDERED that the clerk shall, upon the request of Plaintiff,
11 enter the default of Defendant USLM Acquisition, Inc. and Defendant HKLM
12 Acquisition, Inc.

17 Dated:  5/14/2010



IT IS SO ORDERED
Judge Marilyn H. Patel