MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Plaintiff
FMC CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FMC CORPORATION, INC., | CASE NO. 3:09-cv-03618-MHP |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | **ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS EVERGREEN PULP, INC., USLM ACQUISITION, INC., AND HKLM ACQUISITION, INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| EVERGREEN PULP, INC., et al. | |
| Defendants. | |

1  The Court, having considered the motion of Plaintiff FMC Corporation, Inc.
2  for entry of default judgment against Defendants Evergreen Pulp Co., Inc., USLM
3  Acquisition, Inc., and HKLM Acquisition, Inc., and good cause appearing,
4     IT IS HEREBY ORDERED that the motion is granted.  Judgment shall be
5  entered against Defendants Evergreen Pulp Co., Inc., USLM Acquisition, Inc., and
6  HKLM Acquisition, Inc., jointly and severally, in the total sum of $1,188,588.15
7  (being the balance owing of $1,188.010.15, as alleged in the Complaint and shown in
8  the supporting Declaration of Anthony Basile, plus costs of $578.00, as shown in the
9  supporting Declaration of Michael R. Simmonds).

12  Dated:  June 29, 2011

                                          Honorable
                                          United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)