UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FMC CORPORATION, INC.,

           Plaintiff,

      vs.

EVERGREEN PULP, INC.; USLM ACQUISITION, INC.; HKLM ACQUISITION, INC.; and FRESHWATER PULP CO., LLC,

           Defendants.
_____/

No. C 09-3618 MHP

**JUDGMENT**
**(Fed.R.Civ.P. 55(b))**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and an order having been duly filed this date granting plaintiff's motion for default judgment against defendants EVERGREEN PULP, INC., USLM ACQUISITION, INC., and HKLM ACQUISITION, INC.; and having dismissed with prejudice all claims against defendant FRESHWATER PULP CO., LLC, and all claims as against all parties having been resolved,

    IT IS ORDERED AND ADJUDGED that plaintiff's motion for default judgment is GRANTED and that plaintiff FMC CORPORATION, INC. recover of the defendants

EVERGREEN PULP, INC., USLM ACQUISITION, INC., and HKLM ACQUISITION, INC., jointly and severally, the sum of $1,188,588.15 as and for damages and the sum of $578.00 costs.

DATED: June 29, 2011

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California